No. 02–8286. BANKS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1, 2, and 3 presented by the petition. 

No. 02–770. DeSTEFANO *v.* BROADWING COMMUNICATIONS, INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 02–915. KRILICH ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 02–931. AIRSTAR HELICOPTERS, INC. *v.* FEDERAL AVIATION ADMINISTRATION ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 02–978. TIME WARNER ENTERTAINMENT CO., L. P., ET AL. *v.* SIX FLAGS OVER GEORGIA, LLC, ET AL. Ct. App. Ga. Certiorari denied. 

No. 02–1025. NILES *v.* PARKINSON, AS TRUSTEE OF THE LAURA J. NILES TRUST, ET AL.; and

No. 02–1038. BONO *v.* PARKINSON, AS TRUSTEE OF THE LAURA J. NILES TRUST, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–1032. STACEY *v.* CITY OF HERMITAGE, PENNSYLVANIA, ET AL. Commw. Ct. Pa. Certiorari denied. 

No. 02–1045. ANDERSEN ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. 

No. 02–1070. GAYLORD CONTAINER CORP. ET AL. *v.* GARRETT PAPER, INC., ET AL. C. A. 3d Cir. Certiorari denied.